```
                        UNITED STATES BANKRUPTCY COURT
                         WESTERN DISTRICT OF TENNESSEE
```

In re:                                                      Chapter 13
GEORGE J JR KENNEY
Debtor(s)                                                   Case No. 17-26304-E

---

## NOTICE OF HEARING

---

The Chapter 13 Trustee's Motion to Dismiss Chapter 13 for Failure To Pay having been filed by Sylvia Ford Brown on July 09, 2018.

NOTICE IS HEREBY GIVEN THAT:

The Chapter 13 Trustee's Motion to Dismiss Chapter 13 Case for Failure To Pay shall be held on 8/9/2018, at 9:00 am in the United States Bankruptcy Court, 200 Jefferson Avenue, Room 600, Memphis, Tennessee, 38103.

Debtors should contact their attorney to see if their attendance is necessary. This hearing may be continued or adjourned from time to time by oral announcement (at the hearing) of the continued or adjourned date and time, without further written notice.

/S/ Sylvia Ford Brown
CHAPTER 13 TRUSTEE

---

## MOTION TO DISMISS
## CHAPTER 13 CASE FOR Failure To Pay

---

Comes now your Standing 13 Trustee who would show unto the Court the following for which relief is sought:

That the debtor failed to make payments as ordered by the Court.

PREMISES CONSIDERED, your Trustee prays:
1. That the matter be set for hearing.
2. That the case be dismissed.
3. That the Trustee be granted such other and further relief to which he or she may be entitled.

/S/ Sylvia Ford Brown
CHAPTER 13 TRUSTEE
200 Jefferson Avenue, Ste. 1113
CC:    Sylvia Ford Brown                Memphis, TN  38103

GEORGE J JR KENNEY
C/O BRIAN W LYNN ATTY
PO BOX 111064
MEMPHIS, TN  38111-1064

BRIAN W LYNN