**Dated: July 27, 2018**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION
_____

IN RE:  GEORGE J. KENNEY JR.,

              CASE NO. 17-26304 E

              CHAPTER 13

  Debtor(s).
_____

ORDER WITHDRAWING EXPEDITED MOTION TO SET ASIDE THE
FORECLOSURE OF 948 WESTERN PARK BY BAYVIEW LOAN SERVICING
_____

  Comes now the Debtor(s), by and through counsel, and hereby withdraws the expedited motion to set aside the foreclosure of 948 Western Park by Bayview Loan Servicing.

  THEREFORE, IT IS ORDERED that the said motion is hereby withdrawn.

/s/ Brian W. Lynn
Brian W. Lynn
BPR #016796
P.O. Box 111064
Memphis, Tennessee 38111-1064
(901) 791-1485

<u>/s/Sylvia Ford Brown</u>
Chapter 13 Trustee

**Parties to be served:**

**Debtor(s)**
**Debtor(s) Attorney**
**All Creditors**
**Case Trustee**